UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UGO OBIOMA,<br><br>         Plaintiff,<br><br>v.<br><br>CITY OF UNION CITY, et al.,<br><br>         Defendants. | Case No. 23-cv-00271-YGR   (TSH)<br><br>**DISCOVERY ORDER**<br><br>Re: Dkt. No. 58 |

At today's hearing Plaintiff confirmed that she received the requested materials on July 10, 2024, which is consistent with Defendants' filing at ECF No. 62. Accordingly, the motion to compel at ECF No. 58 is **DENIED** as moot.

**IT IS SO ORDERED.**

Dated: July 22, 2024

THOMAS S. HIXSON
United States Magistrate Judge